**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Gabriel Laurant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL LAURANT, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROLIANCE SURGEONS, INC. P.S.,<br><br>Defendant. | Case No.: 2:24-cv-05010-SB-KS<br><br>**NOTICE OF SETTLEMENT** |

///
///
///
///
///
///
///

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiff GABRIEL LAURANT ("Plaintiff") and Defendant PROLIANCE SURGEONS, INC. P.S. ("Defendant") (together, the "Parties") have reached a settlement resolving Plaintiff's individual claims in the above-captioned action. The Parties are in the process of drafting a written settlement agreement and anticipate filing a Stipulation to Dismiss the entire case with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class within thirty (30) days after the settlement is finalized.

Plaintiff respectfully requests that the Court vacate all pending dates, hearings, and filing requirements with respect to the Parties and that the Court retain jurisdiction until the Parties complete the settlement and dismiss this action.

Dated: November 26, 2024                                **KAZEROUNI LAW GROUP, APC**

                                                        By:  */s/ Mona Amini*
                                                             Mona Amini, Esq.
                                                             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 26, 2024         By:   */s/ Mona Amini*
                                              Mona Amini